*One Page Attached*

RECEIVED
2005 JUN 14 A 9:41

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA

PRISONER COMPLAINT [FOR INMATE ACTION] UNDER 42 U.S.C. § 1983

Felicia Bone
Name under which you were convicted

170210
Your prison number

vs. Pauline Padgett, Benny Mates, Lude Hallmark, Loretta McCoy
Name of Defendant(s)

CIVIL ACTION NO. 2:05CV566F
(To be supplied by Clerk of Court)

Julia Tutwiler Prison - 8966 U.S. Hwy 231 North Wetumpka, Ala. 36092
Place of Confinement and Address

INSTRUCTIONS - READ CAREFULLY

A. **Complaint Form.** You must file your original complaint and a copy for each named Defendant. Your complaint must be <u>clearly</u> handwritten or typewritten. Do not use the back of a page. Your complaint must be signed by you; no notary is required. <u>Any false statement of material fact may serve as the basis for prosecution for perjury</u>.

B. **Proper Court.** Your complaint can only be brought in this Court if a defendant is located in the Southern District of Alabama and the rest of the defendants are located in Alabama or if your claim arose in this district. The Southern District of Alabama is comprised of the following counties: Baldwin, Clarke, Choctaw, Conecuh, Dallas, Escambia, Hale, Marengo, Mobile, Monroe, Perry, Washington, and Wilcox.

C. **Separate Case.** It is necessary to file a separate complaint form for each claim unless the claims are related to the same incident or issue.

Revised 6/3/96

D. <u>Defendants</u>. The persons who are listed as defendants in section III of the complaint are deemed by the Court to be the only defendants to this action. A defendant's present address must be provided. The Court is unable to serve process without the present address being furnished. The first defendant listed in section III should be the defendant that you list in the style of your case on your complaint form and motion to proceed without prepayment of fees and costs, if applicable, and any other pleading filed with the Court.

E. <u>Pleading the Complaint</u>. Your complaint <u>should</u> <u>not</u> contain legal arguments, case law or statutory citations. You are required to provide facts. Your complaint shall be a <u>short</u> and <u>plain</u> statement of your claim and shall provide fair notice <u>to</u> <u>each</u> <u>defendant</u> of the claim against that defendant and of the factual grounds upon which the claim rests.

F. <u>Fees</u>. This complaint cannot be properly filed unless it is accompanied by the $150.00 filing fee or a motion to proceed without prepayment of fees and costs if you are unable to afford the filing fee and other costs associated with prosecuting this action.

If you are unable to pay the filing fee and service costs for this action, you may ask the Court to let you proceed without prepayment of fees and costs. A blank motion for this purpose is included.

If you wish to proceed without prepayment of fees and costs, you must complete and mail to the Clerk of Court a copy of the "Motion to Proceed Without Prepayment of Fees and Costs" mailed to you with this complaint. This motion will be returned to you without action unless you have an authorized officer at the jail or prison complete the financial statement mailed to you with this form.

Even if the Court authorizes you to proceed without prepayment of filing fees, you are obligated to pay the full $150.00. If you have the ability to pay a partial filing fee when your complaint is filed, you will be required to pay an amount, based on your assets, of up to the greater of 20 percent of your average monthly balance in your prison account or your average monthly balance for six months immediately preceding the filing of your complaint. Thereafter, your prison account will be garnished at the rate of 20 percent of your monthly income until the filing fee is paid.

G. <u>Form of Pleadings</u>. All pleadings and other papers filed <u>must</u> be on 8 1/2" x 11" paper, <u>legibly</u> handwritten or typewritten. Every document filed after the complaint must have the style of the case and the <u>docket</u> <u>number</u>. Every pleading must be signed by you and must contain your address and telephone number, if any;

otherwise, the pleading will be stricken. See Fed. R. Civ. P. 11(a). No notary is required.

H. Certificate of Service. Each pleading filed after the complaint must contain a certificate of service indicating that the pleading has been served on the opposing parties and the date that it was sent. A pleading will be stricken if it does not contain this certificate of service. See Fed. R. Civ. P. 5.

I. Copies. This Court will not make copies of your complaint or pleadings unless you prepay the required per page copying fee.

J. Form of Pleadings. Do not write letters to the Court. All pleadings and documents should be sent to the Clerk of the Court, and not to a magistrate judge or a district judge.

K. No Evidence. No evidence shall be sent to the Court for filing or storing.

I. **PREVIOUS LAWSUITS**.

A. Have you filed any other lawsuits in state or federal court dealing with the same or similar facts involved in this action: Yes ( )   No (✓)

B. Have you filed other lawsuits in state or federal court relating to your imprisonment: Yes ( )   No (✓)

C. If your answer to questions A or B above is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using this same outline.)

   1. Parties to this previous lawsuit:

   Plaintiffs: ___N/A___
   ___N/A___

   Defendants: ___N/A___
   ___N/A___

   2. Court (if federal court, name the district; if state court, name the county): ___N/A___

   3. Docket Number: ___N/A___

   4. Were you granted the opportunity to proceed without payment of filing fees? Yes ( ) N/A No ( )

3

5. Name of judge to whom the case was assigned: __N/A__

__N/A__

6. If your case is no longer pending and has been dismissed, state the reason given by the Court as to why your case was dismissed, i.e., frivolous, malicious, failed to state a claim, defendants were immune, etc.: __N/A__

__N/A__
__N/A__
__N/A__

7. Approximate date of filing lawsuit: __N/A__

8. Approximate date of ruling by court: __N/A__

II. **YOUR PRESENT COMPLAINT**.

A. Place or institution where action complained of occurred: __101 - Main Street - Linden Alabama, 36748__

B. Date it occurred: __September 23, 2004__

C. Is there a prisoner grievance procedure in this institution? __N/A__

D. Did you present the facts relating to your complaint in the state prisoner grievance procedure? Yes ( ) No (✓)

E. If your answer is YES:

   1. What steps did you take? __N/A__
   __N/A__

   2. What was the result? __N/A__
   __N/A__

F. If your answer is NO, explain why not: __There is no grievance procedure at Julia Tutwiler__

G. Your claim (**briefly** explain your claim: what, when, where, who; do not cite cases; you may, without leave of Court, add up to five (5) additional pages if necessary): __On September 23, 2004__

4

I was called to the school by my daughter in fear of a male attacking her. Once I arrived at the school, the teacher knew nothing of the incident. In the hallway, the student (male) and I had a verbal confrontation.

My Parole officer had me arrested under charges, "Disorderly Conduct"; He & the Hearing Officer returned me to Julia Tutwiler Prison For Women.

There has been no legal charges filed against me, in the City or County court houses.

The principal, & Superintendent of John Essex High School for whatever reasons made false statements at my Parole Hearing.

My Parole officer Rube Hallmark, & Hearing officer, Pauline Padgett has denied my Liberty of Freedom by returning me to prison without just cause.

III. **PARTIES**.

A. **Plaintiff** (Your name/AIS): Felicia Boone

   Your present address: 8966 U.S. Hwy 231 North
   Wetumpka Ala. 36092

B. **Defendant(s)**:

1. Defendant (full name) Benny Mates is employed as Parole Officer at State Of Alabama (Linden Alabama)

5

room # 200

His/her present address is 101 N. Shiloh St.; Linden Ala. 36748

(a) Claim against this defendant: Harassment, Illegal Imprisonment.

(b) Supporting facts (Include date/location of incident): September 23, 2004, Marengo County Jail, Mr. Meats written testimony of charges; for violation of Parole, that proved to be false.

2. Defendant (full name) Pauline Padgett is employed as Parole Hearing Officer at State of Alabama
His/her present address is 101 N. Shiloh St.; Linden. Ala. 36748

(a) Claim against this defendant: Harassment, Illegal Imprisonment.

(b) Supporting facts (Include date/location of incident): September 23, 05, Marengo County Jail, Ms. Padgett, did not have proof I committed any crime, She recommended I be revoked.

3. Defendant (full name) Luke Hallmark is employed as Superintendent at John Essex High School.
His/her present address is 70 Essex Dr. Demopolis Ala. 36732

(a) Claim against this defendant: Harassment,

(b) Supporting facts (Include date/location of incident): Mr. Hallmark was a key witness, for the Parole Officer at the hearing presenting untrue evidence.
September 23, 2005; Marengo County

6

C. **Additional Defendants**: (If there are additional defendants, you may list them on separate pages using the same outline above).

IV. A. You must answer the following questions:

1. State the conviction(s) for which you are presently incarcerated: _Forgery II_

2. When were you convicted? _September 21, 1999_

3. What is the term of your sentence? _15 yrs._

4. When did you start serving this sentence? _April 15, 1999_

5. Do you have any other convictions which form the basis of a future sentence?   Yes ( )   No (✓)
If so, complete the following:

(a) Date of conviction: _N/A_

(b) Term of sentence: _N/A_

6. What is your expected end of sentence (E.O.S.) date? _November 21, 2005_

B. If this present lawsuit concerns your criminal conviction or sentence, state whether your conviction has been:

|  | Conviction | Sentence |
|---|---|---|
| Reversed | yes( ) no(✓) | yes( ) no(✓) |
| Expunged | yes( ) no(✓) | yes( ) no(✓) |
| Invalidated | yes( ) no(✓) | yes( ) no(✓) |
| Writ of habeas corpus granted | yes( ) no(✓) | yes( ) no(✓) |

C. If you answered yes to any of the questions, state the Court or entity that relieved you from your conviction or sentence and the date: _N/A_
_N/A_

V. State **briefly** exactly what you want the Court to do for you if you win (make no legal argument, cite no cases or statutes):
_I request to be compensated for every_

7

*day I have spent incarcerated; being falsely accused of cases that do not Legally exist.*

**VI. AFFIRMATION.** By my signature below, I swear or affirm under penalty of perjury that the facts set out in this complaint are true and correct.

_4-27-05_
Date

_Falecia Borne_
(Signature of Plaintiff Under Penalty of Perjury)

_8966 U.S. Hwy 231 North_
Current Mailing Address

_Wetumpka, Alabama 36092_

_334-567-4369_
Telephone Number

PLAINTIFF SHALL IMMEDIATELY ADVISE THE COURT IN WRITING OF ANY CHANGE IN HIS ADDRESS, E.G., RELEASED, TRANSFERRED, MOVED, ETC. FAILURE TO NOTIFY THE COURT OF A NEW ADDRESS WILL RESULT IN THE DISMISSAL OF THIS ACTION FOR FAILURE TO PROSECUTE AND TO OBEY THE COURT'S ORDER.

Additional Defendants:

4. Defendant (Full Name) - Loretta McCoy is employed as Principal at John Essex High School

Her present address is: 70 Essex Dr. Demopolis Ala. 36732

Claim against her, Harrassment

Same as Mr. Hallmark, Superintendent of John Essex School.

Respectfully,
Felicia Bovie
4-28-05

"Attachment"