**FOR USE BY INCARCERATED PERSONS**

RECEIVED

2005 JUN 14 A 9: 40

2:05CV566=F

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## APPLICATION TO PROCEED *IN FORMA PAUPERIS*

Declaring that the personal and financial information I have given below is true and correct, I apply this Court for authority to proceed with this case without prepayment of fees, costs, or security.

1. Your full name: Felecia Yvette Boone

   Present mailing address: 8946 U.S. Highway 231
   Wetumpka, Alabama 36092

2. Are you presently employed?    Yes ___   No ✓

   If the answer is "yes," give the name and address of your employer and the amount of your usual monthly salary or wages.

   _____

   Monthly earnings: _____

   If the answer is "no," give the name and address of your last employer, when you last worked, and amount of the monthly salary or wages you were receiving.

   Hardee's Vestavia Amount of pay was $6.75
   Birmingham Al.

   Date last worked: March 17, 2004
   Monthly earnings: didn't work a month

3. Have you received within the past twelve months any money from any of the following sources?

   (a) Business, profession, or any form of self-employment?    Yes ___   No ✓
   (b) Interest, dividends, rents, or investment income of any kind?    Yes ___   No ✓

1

(c) Pensions, annuities, or life insurance payments?   Yes ____   No ✓

(d) Gifts or inheritances?   Yes ____   No ✓

(e) Any other sources?   Yes ____   No ✓

If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months.

_____
_____
_____

4. How much money do you own or have in any checking or saving accounts, including your prison or account? $ _____

5. Do you own any real estate, stocks, bonds, notes, automobiles, boats, or other valuable property (excluding ordinary household items and clothing)?   Yes ____   No ✓

If the answer is "yes," describe the property and state its approximate value:

_____
_____
_____

6. List the persons who are dependent upon you for support, stating your relationship to them and much you contribute toward their support.

Gregory Harbin, son - Sabrina Harbin-daugther, Juanita Boone-daugther can not support them because I was locked up again

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true correct.

Dated: 4-22-05

Felecia Jvette Boone
SIGNATURE OF PLAINTIFF

2

## ★★★ IMPORTANT NOTICE ★★★

Your application to proceed *in forma pauperis* is NOT COMPLETE and WILL NOT CONSIDERED by the Court unless the page entitled "INFORMATION REGARDI PRISONER ACCOUNTS" is properly completed and certified.

## INFORMATION REGARDING PRISONER ACCOUNTS

The Prison Litigation Reform Act, Pub. L. No. 104-134, §804, requires a prisoner seeking to proceed *in forma pauperis* to submit information regarding his prison or jail trust account for the six months preceding the filing of the complaint. This information must be obtained from the appropriate official of each prison or institution at which the prisoner is or was confined within the past six months. This information **must** be certified by prison or jail personnel and **must** include **both** the total deposits made to the prisoner's account each and every month for the preceding six months **and** the average monthly balance in the account each and every month during the preceding six months. Information for **six full** months must be provided.

### CERTIFICATION

I hereby certify that prisoner __Felecia Yvette Boone__ has been incarcerated in this institution since _____, 19____, and that he has the sum of $_____ in his prison or jail trust account on this the _____ day of _____, 19____. I further certify that the information provided below is true and correct.

| | Month/Year | Total Deposits Received | Average Account Balance |
|---|---|---|---|
| Month 1 | _____ | $_____ | $_____ |
| Month 2 | _____ | $_____ | $_____ |
| Month 3 | _____ | $_____ | $_____ |
| Month 4 | _____ | $_____ | $_____ |
| Month 5 | _____ | $_____ | $_____ |
| Month 6 | _____ | $_____ | $_____ |
| Current month (if less than full month) | _____ | $_____ | $_____ |

*See Attached information on inmate Boone, Felecia 210 $70.00*

_____
Signature of Authorized Officer of Institution

__Tutwiler Prison__
Name of Institution

4

## INFORMATION REGARDING PRISONER ACCOUNTS

The Prison Litigation Reform Act, Pub. L. No. 104-134, §804, requires a prisoner seeking to proceed *in forma pauperis* to submit information regarding his prison or jail trust account for the six months preceding the filing of the complaint. This information must be obtained from the appropriate official of each prison or institution at which the prisoner is or was confined within the past six months. This information **must** be certified by prison or jail personnel and **must** include both the total deposits made to the prisoner's account each and every month for the preceding six months and the average monthly balance in the account each and every month during the preceding six months. Information for **six full** months must be provided.

## CERTIFICATION

I hereby certify that prisoner _____ has been incarcerated in this institution since _____, 19____, and that he has the sum of $_____ in his prison or jail trust account on this the _____ day of _____, 19____. I further certify that the information provided below is true and correct.

|  | Month/Year | Total Deposits Received | Average Account Balance |
|---|---|---|---|
| Month 1 | _____ | $_____ | $_____ |
| Month 2 | _____ | $_____ | $_____ |
| Month 3 | _____ | $_____ | $_____ |
| Month 4 | _____ | $_____ | $_____ |
| Month 5 | _____ | $_____ | $_____ |
| Month 6 | _____ | $_____ | $_____ |
| Current month (if less than full month) | _____ | $_____ | $_____ |

_____
Signature of Authorized Officer of Institution

_____
Name of Institution

4

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS
TUTWILER PRISON

AIS #: 170210    NAME: BOONE, FELECIA    AS OF: 04/22/2005

| MONTH | # OF DAYS | AVG DAILY BALANCE | MONTHLY DEPOSITS |
|---|---|---|---|
| APR | 8  | $206.50 | $150.00 |
| MAY | 31 | $17.23  | $0.00   |
| JUN | 30 | $0.21   | $0.00   |
| JUL | 31 | $0.00   | $0.00   |
| AUG | 31 | $0.00   | $0.00   |
| SEP | 30 | $0.00   | $0.00   |
| OCT | 31 | $0.00   | $0.00   |
| NOV | 30 | $0.00   | $0.00   |
| DEC | 31 | $12.57  | $50.00  |
| JAN | 31 | $1.24   | $30.00  |
| FEB | 28 | $0.11   | $0.00   |
| MAR | 31 | $0.00   | $0.00   |
| APR | 22 | $0.00   | $0.00   |

*Signature: Robinson 4/22/05*

RECEIVED 2005 JUN 14 A 9:40
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA