IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| FELICIA BOONE, #170210, | ) |
| | ) |
|     Plaintiff, | ) |
| v. | ) CASE NO. 2:05-cv-566-F |
| | ) |
| PAULINE PADGETT, *et al.*, | ) |
| | ) |
|     Defendants. | ) |

## **O R D E R**

There being no objections filed to the Recommendation of the Magistrate Judge entered on June 21, 2005 (Doc. #3), said Recommendation is hereby adopted and it is the

ORDER, JUDGMENT and DECREE that this case be TRANSFERRED to the United States District Court for the Southern Division of Alabama pursuant to the provisions of 28 U.S.C. § 1404.

DONE this 27th day of July, 2005.

                                          /s/ Mark E. Fuller
                                CHIEF UNITED STATES DISTRICT JUDGE