| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _R. Singh (oso)_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br>R.L. Singh, Esq    8/1/05 |
| 1. Article Addressed to:<br>Office of the Clerk<br>United States District Court<br>Southern District of Alabama<br>113 St. Joseph Street<br>Mobile, AL 36602<br><br>_Transferred file_<br>05-566 | D. Is delivery address different from item 1?  ☐ Yes<br>   If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered     ☑ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label)  7005 1160 0001 3017 3249 | |
| PS Form 3811, August 2001    Domestic Return Receipt  102595-02-M-1540 | |